**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA FERNANDA GOMEZ FUENTES, ) | NO. 5:26-cv-01651-KS |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| MARKWAYNE MULLIN et al., ) | |
| ) | |
| Respondents. ) | |
| _____) | |

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **GRANTED** and that relief is awarded as set forth in the Court's Memorandum Opinion and Order.


DATED: June 25, 2026

_____
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE